## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE                               ) | |
|                                   ) | Case No. 15-20205-TLM |
| PRAVEEN KEVIN KHURANA,  ) | |
|                                   ) | Chapter 13 |
|         Debtor.                  ) | |
| _____  ) | |

### ORDER ON DEBTOR'S "MOTION TO SEEK LEAVE OF COURT TO REFINANCE PROPERTIES"

_____

On February 18, 2016, the chapter 13 debtor, Praveen Khurana ("Debtor"), filed a "Motion to Seek Leave of Court to Refinance Properties," Doc. No. 99 ("Motion").  The Motion was addressed at a hearing on March 15, 2016.  The Court at such hearing, following argument, entered its findings and conclusions, determining that the Motion would be denied, without prejudice.

THEREFORE, on the record before it, and consistent with the oral ruling on March 15, this Motion, Doc. No. 99, is DENIED, without prejudice.

DATED: March 18, 2016



                                      TERRY L. MYERS
                                      CHIEF U. S. BANKRUPTCY JUDGE

ORDER ON DEBTOR'S MOTION RE: REFINANCING PROPERTIES  - 1