# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 15-20205-TLM |
| PRAVEEN KEVIN KHURANA, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| _____ ) | |

### ORDER ON DEBTOR'S OBJECTION TO CLAIM OF IDAHO STATE TAX COMMISSION

_____

On January 13, 2016, the chapter 13 debtor, Praveen Khurana ("Debtor"), filed an "Objection to Claims of Creditors," Doc. No. 92 ("Objection"). Among the several proofs of claim objected to was that filed by the Idaho State Tax Commission ("ISTC"). The ISTC responded. Doc. No. 96.

Debtor did not comply with the Rules and Local Rules in filing and serving the objection, and never set the matter properly for hearing. When the issue of this Objection arose during other hearings in this chapter 13 case on March 15, 2016, the Court held that, due to Debtor's failure to properly file, serve and prosecute this Objection, the same would be denied without prejudice.

THEREFORE, on the record before it, and consistent with the oral ruling on March 15, the Objection to the claim of the Idaho State Tax Commission is DENIED, without prejudice.

ORDER ON DEBTOR'S OBJECTION TO CLAIM OF ISTC - 1

DATED: March 18, 2016



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

ORDER ON DEBTOR'S OBJECTION TO CLAIM OF ISTC - 2