# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 15-20205-TLM |
| PRAVEEN KEVIN KHURANA, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| _____ ) | |

### ORDER ON DEBTOR'S "MOTION TO PAY CHILD SUPPORT"
_____

On February 17, 2016, the chapter 13 debtor, Praveen Khurana ("Debtor"), filed a "Motion to Pay Child Support Outside Plan," Doc. No. 97 ("Motion"). The Motion was addressed at a hearing on March 15, 2016. The Court at such hearing, following argument, entered its findings and conclusions, determining that the Motion would be denied, without prejudice.

THEREFORE, on the record before it, and consistent with the oral ruling on March 15, the Motion to Pay Child Support Outside the Plan, Doc. No. 97, is DENIED, without prejudice.

DATED: March 18, 2016



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

ORDER ON DEBTOR'S "MOTION TO PAY CHILD SUPPORT" - 1